IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **OSCAR HOWARD COLEMAN,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**SUSAN MEREDITH, et al.,**<br><br>　　　　　Defendants. | **ORDER AFFIRMING**<br>**REPORT & RECOMMENDATION**<br><br>Case No. 1:08CV69DAK |

　　　　This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On March 10, 2009, Magistrate Judge Wells issued a Report and Recommendation, recommending that Defendant's motion to dismiss be granted.  The court notified the parties that any objection to the Report & Recommendation must be filed within ten days of receiving the Report & Recommendation.  No objections were timely filed.

　　　　The court has reviewed the case de novo. The court agrees with the analysis in Judge Wells's Report and Recommendation and approves and adopts Judge Wells's Report and Recommendation in its entirety.  Accordingly, Defendants' motion to dismiss is GRANTED and Plaintiff's case is DISMISSED.

　　　　DATED this 31st day of March, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge